**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
WILDEARTH GUARDIANS,                  )
                                                        )
                                                        )
            Plaintiff,                              )            Case # 1:18-cv-890 (APM)
                                                        )
                                                        )
U.S. BUREAU OF LAND MANAGEMENT,    )
                                                        )
                                                        )
            Defendant.                           )
_____)

## JOINT STATUS REPORT

    Plaintiff, WildEarth Guardians, and Defendant, the United States Bureau of Land

Management ("BLM"), submit this Joint Status Report to apprise the Court of their progress in

resolving this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

    1.        Plaintiff's request sought "[a]ny and all records related to or concerning the

proposed Normally Pressured Lance Natural Gas Development Project in Sublette County,

Wyoming."

    2.        BLM does not intend to move for an *Open America* stay, but is instead

processing plaintiff's request.

    3.        BLM's search is ongoing.  To date, it has identified 62,658 potentially

responsive pages, and it anticipates that there will be at least 80,000 potentially responsive

pages when the search is complete.

    4.        BLM proposes to make monthly interim releases until it has completed its

processing.  This effort already is underway: on Friday, June 8, BLM released to plaintiff

4,705 pages in their entirety, that is, with no withholdings.

5.      The parties propose to file joint status reports every 90 days describing their progress in resolving this matter and proposing a briefing schedule as to any issue regarding which they reach an impasse.

Respectfully submitted,

/s/ Kelly Nokes
Kelly Nokes (Bar No. MT 0001)
WildEarth Guardians
2590 Walnut St.
Denver, CO 80205
(406) 209-9545
knokes@wildearthguardians.org

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
516 Alto St.
Santa Fe, New Mexico 87501
(505) 401-4180 (office)
(505) 213-1895 (fax)
sruscavagebarz@wildearthguardians.org

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN D.C.
Bar No. 924092
Chief, Civil Division

s/ Damon W. Taaffe
DAMON W. TAAFFE
D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2544
Damon.taaffe@usdoj.gov