IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILDEARTH GUARDIANS, | ) | |
| | ) | |
| Plaintiff, | ) | Case # 1:18-cv-890 (APM) |
| | ) | |
| U.S. BUREAU OF LAND MANAGEMENT, | ) | |
| | ) | |
| Defendant. | ) | |

**JOINT STATUS REPORT**

Plaintiff, WildEarth Guardians, and Defendant, the United States Bureau of Land Management ("BLM"), submit this Joint Status Report to apprise the Court of their progress in resolving this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1. Plaintiff's request sought "[a]ny and all records related to or concerning the proposed Normally Pressured Lance Natural Gas Development Project in Sublette County, Wyoming."

2. BLM does not intend to move for an *Open America* stay, but it is instead processing plaintiff's request.

3. BLM's search is complete.  It has identified 113,023 potentially responsive pages.

4. BLM proposes to continue monthly interim releases until it has completed its processing.  On Friday, June 8, BLM released to plaintiff 4,705 pages.  On Tuesday, July 31, BLM released to plaintiff 1,545 pages.  On Thursday, August 9, BLM released to plaintiff

2,110 pages. The total of 8,360 pages released to plaintiff to date have been released in their entirety; that is, with no withholdings.

     5.     The parties propose to file joint status reports every 90 days describing their progress in resolving this matter and proposing a briefing schedule as to any issue regarding which they reach an impasse.

Respectfully submitted,

/s/ Kelly Nokes
Kelly Nokes (Bar No. MT 0001)
WildEarth Guardians
2590 Walnut St.
Denver, CO 80205
(406) 209-9545
knokes@wildearthguardians.org

/s/ Samantha Ruscavage-Barz
Samantha Ruscavage-Barz (Bar No. CO0053)
WildEarth Guardians
516 Alto St.
Santa Fe, New Mexico 87501
(505) 401-4180 (office)
(505) 213-1895 (fax)
sruscavagebarz@wildearthguardians.org

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

s/ Damon W. Taaffe
DAMON W. TAAFFE
D.C. Bar No. 483874
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2544
Damon.taaffe@usdoj.gov