**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| WILDEARTH GUARDIANS,<br><br>Plaintiff,<br><br>U.S. BUREAU OF LAND MANAGEMENT,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 18-890 (APM)<br>)<br>)<br>)<br>)<br>) |

**JOINT STATUS REPORT**

Plaintiff, WildEarth Guardians, and Defendant, the United States Bureau of Land Management ("BLM"), submit this Joint Status Report to apprise the Court of their progress in resolving this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

1.  Plaintiff's request, submitted under FOIA on August 28, 2017, sought "[a]ny and all records related to or concerning the proposed Normally Pressured Lance Natural Gas Development Project in Sublette County, Wyoming."

2.  BLM's search identified 113,023 potentially responsive pages.

3.  On November 13, 2017, BLM informed plaintiff that BLM's Geographic Information Service ("GIS") requested data and information was made available to the public via BLM's website. On June 8, 2018, BLM released to plaintiff 4,705 pages of records in full. On July 31, 2018, BLM released to plaintiff 1,545 pages in full. On August 9, 2018, BLM released to plaintiff 2,110 pages in full. On September 26, 2018, BLM released to plaintiff 5,789 pages, of which 9 pages had partial redactions withholding attorney client and confidential information under FOIA Exemption 5. On Friday, November 16, 2018, BLM

released to plaintiff 15,840 pages, of which 4 pages were redacted and partially withheld under FOIA Exemption 3 to protect information exempted from disclosure under the National Historic Preservation Act (16 U.S.C. § 470, et seq.), and 14 pages redacted and partially withholding attorney client and confidential information under FOIA Exemption 5.

      4.      On November 26, 2018, in addition to and outside of plaintiff's request for records, BLM provided to plaintiff a copy of all records in the case file sent to the Interior Board of Land Appeals for the WildEarth Guardians appeal, IBLA 2019-002, of the Normally Pressured Lance project decision.  On December 20, 2018, BLM released to plaintiff 15,460 pages released of which 77 pages withheld under FOIA Exemption 3 to protect information exempted from disclosure under the National Historic Preservation Act (16 U.S.C. § 470, et seq.), and 5 pages redacted and partially withholding attorney client and confidential information under FOIA Exemption 5.  On January 28, 2019, BLM notified plaintiff that due to the partial government shutdown BLM would not be able to provide an installment response for January 2019.  On February 20, 2019, BLM released to plaintiff 21,061 pages, of which 115 pages were withheld in full and 28 pages partially redacted under FOIA Exemption 3 to protect information exempted from disclosure under the National Historic Preservation Act (16 U.S.C. § 470, et seq.), and 2 pages redacted and partially withholding attorney client and confidential information under FOIA Exemption 5.

      5.      On March 19, 2019, BLM released to plaintiff 10,942 pages, of which 323 pages were withheld in part and 39 withheld in full under FOIA Exemption 3, and 1 page withheld in part containing confidential information under FOIA Exemption 5.  On April 23, 2019, BLM released to plaintiff 900 pages, of which 2 pages were withheld in part under

FOIA Exemption 3.  On May 20, 2019, BLM released to plaintiff 1,175 pages, of which 1 page was redacted in part under FOIA Exemption 3.

6.     On June 19, 2019, BLM released to plaintiff 2,058 pages, of which 2 pages were withheld in part and 1 page was withheld in full under FOIA Exemption 3 and 6 pages were withheld in part containing confidential information under FOIA Exemption 5.  On July 17, 2017, BLM completed its response to the subject FOIA request with a final release of 4,579 pages.

7.     BLM has now completed its response to the subject FOIA request.  A total of 86,164 pages have been released to plaintiff.  The Parties require a reasonable amount of additional time to confer regarding BLM's processing of plaintiff's FOIA request.  Accordingly, the parties respectfully request that the Court permit the parties to file another joint status report by October 25, 2019 to inform the Court of any remaining issues requiring a judicial determination and proposing a schedule for further proceedings in this matter, if appropriate.

Respectfully submitted,

/s/ Kelly Nokes
Kelly Nokes (Bar No. MT 0001)
Western Environmental Law Center
208 Paseo del Pueblo Sur, No. 602
Taos, NM 87571
(575) 613-8051
nokes@westernlaw.org

JESSIE K. LIU
D.C. Bar No. 472845
United States Attorney
for the District of Columbia

DANIEL F. VAN HORN
D.C. Bar No. 924092
Chief, Civil Division

/s/ Christopher C. Hair
CHRISTOPHER C. HAIR
PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, NW
Washington, D.C. 20530
(202) 252-2541
Christopher.Hair@usdoj.gov